UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62449-RAR

**JOSE TORRES**,

    Plaintiff,

v.

**GSD CONTRACTING, LLC,** *et al.*,

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendant GSD Contracting, LLC was served with process. *See* Return of Service [ECF No. 4]. However, no proof of service for Jason Bates has been filed. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendant GSD Contracting, LLC shall not file a response until Defendant Jason Bates has been served with process. After *all* Defendants have been served, Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Thus, Plaintiff shall promptly file a return of service after serving Defendant Jason Bates.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of December, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE