UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62249-RAR

**JOSE TORRES**,

    Plaintiff,

v.

**GSD CONTRACTING, LLC,** *et al.*,

    Defendants.

_____/

**ORDER REQUIRING JOINT SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **February 4, 2022**. In addition, by **February 4, 2022**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of January, 2022.

                                                         **RODOLFO A. RUIZ II**
                                                         UNITED STATES DISTRICT JUDGE

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.