UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-62449-RAR

JOSE TORRES,

    Plaintiff,

v.

GSD CONTRACTING, LLC, a Florida limited
liability company, and JASON BATES, an
individual,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, GSD CONTRACTING, LLC ("GSD"), by and through its undersigned counsel, and hereby moves this Honorable Court for an extension of time within which to respond to the Plaintiff's Complaint [DE 1] and as grounds states:

1. On or about, December 6, 2021, Plaintiff Jose Torres filed the subject lawsuit against two defendants including GSD.

2. Defendant, GSD, was served with Plaintiff's Complaint on or about December 7, 2021 and the response is now past due.

3. Defendant just retained the undersigned counsel and is in need of additional time to reply to Plaintiff's Complaint.

4. As the undersigned was just formally retained as counsel, undersigned will need additional time to investigate the claim and confer with the Defendant in order to properly formulate and support a well-reasoned response to the Complaint.

5.  This request for an extension of time is made in good faith and not for the purposes of delay.

6.  Neither party will be unfairly prejudiced by the extension sought in this Motion.

WHEREFORE Defendant, GSD, respectfully requests an 14-day extension until February 3, 2022 in which to file its response to Plaintiff's Complaint.

## RULE 7.1(A)(3) CONFERENCE

The undersigned counsel attempted in good faith to confer with Plaintiff's counsel prior to filing this Motion. The undersigned called and sent an email at the close of business on January 20, 2022. Due to it being at the close of business, Defendant could not make contact; however, because of the past due deadline Defendant proceeded to file this motion for extension of time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant GSD*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (561) 383-9228
Facsimile (305) 373-2294
E-mail: steven.ehrlich @csklegal.com
E-mail: haley.dison @csklegal.com

By: s/ Haley L. Dison
HALEY L. DISON
Florida Bar No.: 1018529
STEVE EHRLICH
Florida Bar No.: 91409

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-62449-RAR

JOSE TORRES,

    Plaintiff,

v.

GSD CONTRACTING, LLC, a Florida limited liability company, and JASON BATES, an individual,

    Defendants.
_____/

## ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [DE 1]

**THIS CAUSE**, having come before the Court upon Defendant's GSD's, Motion for an Extension of Time within which to serve a Response to Complaint [D.E. 11], and the Court, being duly advised in the premises it is:

    **ORDERED AND ADJUDGED** that said Motion is GRANTED. Defendant shall file its Response to Plaintiff's Complaint on or before February 3, 2022.

    **DONE AND ORDERED** in Chambers, at Miami, Florida, this \_\_\_ day of January, 2022.

_____

United States District Judge

cc: All Counsel of Record