UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62449-RAR

**JOSE TORRES**,

    Plaintiff,

v.

**GSD CONTRACTING, LLC,** *et al.*,

    Defendants.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers this matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of January, 2022.

_____
**RODOLFO RUIZ II**
UNITED STATES DISTRICT JUDGE

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge  Raag Singhal                                              **.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

 **21-cv-62449-AHS                                                         **

**BY ORDER** of the Court this   20th       day of January, 2022.


ANGELA E. NOBLE
Clerk of Court


**By: /s/ Bryan J. McGuinness**
Deputy Clerk

copies provided to:
counsel of record
Clerk of Court