UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62449-AHS

JOSE TORRES,

    Plaintiff,

v.

GSD CONTRACTING, LLC, *et al.*,

    Defendants.

_____/

### CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE

The above matter comes before the undersigned Magistrate Judge following the reassignment of this matter to **District Judge Raag Singhal** [DE 12]. The undersigned certifies that the above-captioned case presently has no referred pending motions and is therefore ready to be transferred to **Judge Singhal's** paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for the above-referenced case to **Judge Singhal's** paired Magistrate Judge.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of January 2022.

*/s/ Jared Strauss*
Jared M. Strauss
United States Magistrate Judge