UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62449-CIV-SINGHAL/VALLE

JOSE TORRES,

      Plaintiff,

v.

GSD CONTRACTING, LLC., and
JASON BATES,

      Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Jose Torres, by and through undersigned counsel, and Pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby files his Certificate of Interested Persons and Corporate Disclosure Statement:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

      a.      Jose Torres, Plaintiff

      b.      Chris Kleppin, Esq., Counsel for Plaintiff

      c.      Allyson Morgado, Esq., Counsel for Plaintiff

      d.      The Kleppin Law Firm, P.A., Counsel for Plaintiff

      e.      GSD Contracting, LLC, Defendant

      f.      Jason Bates, Defendant

      g.      Steve Ehrlich, Esq., Counsel for Defendant GSD Contracting, LLC

h.      Haley L. Dison, Esq., Counsel for Defendant GSD Contracting, LLC

i.      Cole, Scott & Kissane, P.A. Counsel for Defendant GSD Contracting, LLC

2.      The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or  twenty largest unsecured creditors) in bankruptcy cases:

None.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Jose Torres

The undersigned hereby certifies that, except as disclosed above, Plaintiff is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

By: s/*Chris Kleppin*_____
                Chris Kleppin
                Fla. Bar No. 625485
                ckleppin@gkemploymentlaw.com
                Allyson Morgado
                Fla. Bar No. 91506
                amorgado@gkemploymentlaw.com
                The Kleppin Law Firm
                *Attorneys for Plaintiff*
                8751 W. Broward Boulevard
                Suite 105
                Plantation, FL 33324
                Tel: (954) 424-1933
        Secondary E-Mail:    assistant@gkemploymentlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 24, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/*Chris Kleppin*
Chris Kleppin, Esq.

## <u>SERVICE LIST</u>

Steve Ehrlich, Esq.
Steven.ehrlich@csklegal.com
Haley L. Dison, Esq.
Haley.dison@csklegal.com
Cole, Scott & Kissane, P.A.
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33256

*Counsel for Defendant GSD*