UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62449-CIV-SINGHAL/VALLE

JOSE TORRES,

    Plaintiff,

v.

GSD CONTRACTING, LLC., and
JASON BATES,

    Defendants.
_____/

## NOTICE OF COMPLIANCE

Plaintiff, Jose Torres, by and through undersigned counsel, hereby provides Notice that he has served counsel for Defendant, GSD Contracting, LLC with the Court's Order [DE 18] and a courtesy copy of Plaintiff's Statement of Claim [DE 10] on January 24, 2022

Respectfully submitted,

By: s/*Chris Kleppin*
Chris Kleppin
Fla. Bar No. 625485
ckleppin@gkemploymentlaw.com
Allyson Morgado
Fla. Bar No. 91506
amorgado@gkemploymentlaw.com
The Kleppin Law Firm
*Attorneys for Plaintiff*
8751 W. Broward Boulevard
Suite 105
Plantation, FL 33324
Tel: (954) 424-1933
Secondary E-Mail: assistant@gkemploymentlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/*Chris Kleppin*
Chris Kleppin, Esq.

## SERVICE LIST

Steve Ehrlich, Esq.
Steven.ehrlich@csklegal.com
Haley L. Dison, Esq.
Haley.dison@csklegal.com
Cole, Scott & Kissane, P.A.
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33256

*Counsel for Defendant GSD*