UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-62449-CIV-SINGHAL/VALLE

JOSE TORRES,

Plaintiff,

v.

GSD CONTRACTING, LLC, a Florida limited
liability company, and JASON BATES, an
individual,

Defendants.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, GSD Contracting, LLC, hereby discloses the following pursuant to this Court's interested persons order (Doc. 18):

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.  **Defendant GSD Contracting, LLC**
        **c/o undersigned counsel**
        **Steven Ehrlich, Esq.; Haley Dison, Esq.**

    b.  **Steven Ehrlich, Esq.**
        **Cole, Scott & Kissane, P.A.**
        **P.O. Box 569015**
        **Miami, Florida 33256**
        **Telephone (786) 268-6747; Facsimile (305) 373-2294**
        **Counsel for Defendant, GSD Contracting, LLC**

        Haley Dison, Esq.
        Cole, Scott & Kissane, P.A.
        P.O. Box 569015

|   | **Miami, Florida 33256**<br>**Telephone (786) 268-6747; Facsimile (305) 373-2294**<br>**Counsel for Defendant, GSD Contracting, LLC** |
|---|---|
| **c.** | **Alysson Morgado, Esq.**<br>**Counsel for Plaintiff** |
| **d.** | **Plaintiff, Jose Torres**<br>**c/o Counsel for Plaintiff** |
| **e.** | **Jason Bates, Defendant** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6747
        Facsimile (305) 373-2294
        Primary e-mail: steven.ehrlich@csklegal.com
        Secondary e-mail: haley.dison@csklegal.com

By:   s/ Haley L. Dison
        HALEY L. DISON
        Florida Bar No.: 1018529
        STEVEN EHRLICH
        Florida Bar No.: 91409